**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

NOV 0 7 2013

DAVID J  MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 1:13-CR- 118 |
| | § | (JUDGE THAD HEARTFIELD) |
| LINA SUN (1) | § | |
| a/k/a "Linda" | § | |
| CHENGLUN MA (2) | § | |
| a/k/a "Pablo" | § | |
| CHANG JIN SONG (3) | § | |
| ZHIQIANG LI (4) | § | |
| CHENZONG YU (5) | § | |
| JIN ZHU WANG (6) | § | |
| LI QIU JIANG (7) | § | |
| HUA ZHU DONG (8) | § | |
| WEI JI ZHENG (9) | § | |
| WEN JUAN ZHANG (10) | § | |
| CHANJUAN XIE (11) | § | |
| XUE FANG HE (12) | § | |
| ZHEN YIN WENG (13) | § | |
| a/k/a "Danny" | § | |
| DAN HUI LU (14) | § | |
| ZENG YU HUANG (15) | § | |
| JIAN TUAN DONG (16) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Introduction to all Counts

(1)     Section 274A of the Immigration and Nationality Act (INA), as amended

by the Immigration Reform and Control Act of 1986, requires employers to hire only

United States citizens and aliens who are authorized to work in the United States.

1

Employers must verify the employment eligibility of any persons hired after November 6, 1986, using the Employment Eligibility Verification Form (I-9). The employer is required to examine, at the time of hire, the documentation provided by the individual that establishes his identity and employment eligibility, and to ensure that the documents presented appear to be genuine and relate to the individual. The employer must retain the Form I-9 for three (3) years after the date of the hire or one (1) year after the date the individual's employment is terminated, whichever is later. In general, it is unlawful for a person or other entity to hire, or recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment as indicated in the above described employment eligibility verification process. Further, Section 274A of the INA stipulates it is unlawful for a person or entity, after hiring an alien for employment, to continue to employ the alien in the United States knowing the alien is (or has become) an unauthorized alien with respect to such employment.

(2)     The United States Department of Treasury, Internal Revenue Service (IRS) is an agency of the United States responsible for the administration and collection of employment related and income taxes for both businesses and individuals operating within the United States. The term "payroll taxes" includes federal withholding income taxes, Social Security taxes, Medicare taxes, and federal unemployment taxes.

(3)     Throughout the United States, each state has its own State Workforce Agency (SWA) responsible for the administration and collection of employment related and / or income taxes for both businesses and / or individuals operating within that state.

The term "payroll taxes" includes state income taxes, unemployment taxes, and / or other applicable taxes.

## Count One

Violation: 18 U.S.C. § 1962(d)
(RICO Conspiracy)

## General Allegations

(4)     At all times material to this indictment, defendants **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song,** and **Zhiqiang Li**, and others known and unknown to the Grand Jury, were members and associates of an enterprise referred to as the Hong Li Enterprise, an organization engaged in, among other things, recruiting and placing unauthorized aliens to work in restaurants throughout the state of Texas, and elsewhere, for a fee.  This organization also transported the unauthorized aliens to the restaurants where they would work and be housed by the restaurant owners / operators during their employ.  At times, the organization also housed the unauthorized aliens pending their transport to the restaurants to work.

## The Racketeering Enterprise

(5)     **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a, "Pablo," Chang Jin Song, Zhiqiang Li**, and others both known and unknown to the Grand Jury, were members and associates of the Hong Li Enterprise.  The Hong Li Enterprise, including its leadership, members, and associates constituted an enterprise, as that term is defined in 18 U.S.C. § 1961(4), that is, a group of individuals associated in fact.  The Hong Li Enterprise constituted an ongoing organization whose members functioned as a

continuing unit for the common purpose of achieving the objectives of the Hong Li Enterprise, which was engaged in, and the activities of which, affected interstate commerce.

### Purposes of the Hong Li Enterprise

(6)     The Hong Li Enterprise's purposes were to:

a.      Accept, solicit, and recruit unauthorized alien workers, and persons believed by the defendants to be unauthorized alien workers, for employment in the United States.

b.      Arrange for, and cause the unlawful employment of, unauthorized alien workers primarily in Chinese and Chinese owned / operated restaurants in the United States for a fee.

c.      Transport, and cause the transportation of, unauthorized alien workers within the United States for whom the defendants arranged employment in the United States.

d.      Harbor, and cause to be harbored, for a fee, unauthorized alien workers in vehicles and domiciles within the United States.

e.      Receive commercial advantage or private financial gain by employing, transporting, and harboring unauthorized alien workers, and by arranging for the employment, transportation and harboring of unauthorized alien workers in the United States.

## Means and Methods of the Hong Li Enterprise

(7)    **Lina Sun, a/k/a "Linda,"** operated the Texas Job Agency, an employment referral business beginning on or about April 21, 2004 and registered at 8807 Bellaire Blvd., Houston, Texas, which is no longer in existence. **Lina Sun, a/k/a "Linda,"** subsequently operated the Hong Li Job Agency, an unincorporated, locally licensed business, doing business as Hong Li since on or about February 13, 2008, located at 9107 Bellaire Blvd., #218, Houston, Texas, in the Southern District of Texas. It was through these job referral agencies that **Lina Sun, a/k/a "Linda,"** and others conducted the affairs of the Hong Li Enterprise, namely, the unlawful recruitment, inducement, harboring, and transportation of unauthorized aliens to work in the United States.

(8)    **Lina Sun, a/k/a "Linda,"** personally and with others, recruited unauthorized aliens for work in the restaurant industry and then transported them to restaurants to work, all the while concealing, harboring, and encouraging and inducing them to reside in the United States. Clients of the Hong Li Enterprise were Chinese restaurants or other Chinese owned restaurants located in several states, to include Texas, Louisiana, Oklahoma, Arkansas, Kansas, Missouri, and Maine.

(9)    The workforce supplied by the Hong Li Enterprise was predominantly comprised of Hispanic unauthorized aliens from Mexico and Central America illegally in the United States. A workforce of this demographic was specifically sought and employed by the Hong Li Enterprise for commercial advantage and private financial gain.

(10)     More specifically, the Hong Li Enterprise placed unauthorized alien kitchen workers, food preparers, and dishwashers in budget-priced restaurants specializing in Chinese, Asian, and Asian-related cuisine throughout the United States for a fee.  The Hong Li Enterprise solicited "client" restaurants through commercial advertising in Chinese language newspapers that circulate nationwide in print and digital form.

(11)     The Hong Li Enterprise used Chinese-language newspaper(s), including World Journal of Texas, and this newspaper's companion Internet website to solicit the Chinese restaurants and offer Hispanic unauthorized alien workers, commonly referred to in this context as "amigos," to them.  Following this solicitation, and upon agreement with the restaurant owners, the Hong Li Enterprise charged fees for the transportation, housing, and delivery of unauthorized alien workers with the fees depending on the length of time an unauthorized alien worker was housed by the Hong Li Enterprise and how far the unauthorized alien was transported.

(12)     The Hong Li Enterprise created and distributed business cards, printed in both Chinese and Spanish, to Chinese restaurant owners / operators and Spanish-speaking unauthorized aliens to facilitate this effort.  Additionally, the Hong Li Enterprise also accepted unauthorized alien workers on a "walk-in" basis and utilized Spanish-speaking recruiters to assist with communications in person and / or over the phone.  As part of this scheme, these unauthorized alien workers remained and resided in the United States in violation of the law.

6

(13)    Owners or operators of "client" restaurants in the United States would and did knowingly and / or with reckless disregard routinely hire unauthorized alien workers in order to staff their restaurant kitchen operations, thereby cutting costs and maximizing profits.  In general, these owners / operators of "client" restaurants:

    a.    Required the unauthorized aliens to work long hours with few or no days off;

    b.    Paid the unauthorized aliens in cash, at a rate below minimum wage;

    c.    Did not withhold state and / or federal taxes from the wages paid to unauthorized aliens;

    d.    Did not require the unauthorized aliens to comply with local health standards for restaurant workers in the jurisdictions where they operated;

    e.    Did not require the unauthorized aliens to present documents establishing identity and /or employment eligibility as required by law; and,

(14)   As an incentive, and in order to remain competitive, these "client" restaurant owners / operators often provided housing, meals, and transportation to their unauthorized alien worker(s).

(15)   As stated above, the Hong Li Enterprise advertised and distributed business cards to unauthorized aliens, several of whom are now material witnesses, and others, and utilized the Internet in order to facilitate this effort.  Specifically, the Hong Li Enterprise recruited unauthorized alien workers in the Houston, Texas area and charged them approximately $300 to $630 per person for what they represented as fees for housing while awaiting employment, fees for job placement, and fees for transportation to an

employment location.  The fee charged to the unauthorized alien was paid by the "client" restaurant owner and / or manager upon receiving an unauthorized alien from the Hong Li Enterprise.  The exact amount of these fees would then be deducted from the unauthorized alien's first month's salary.  The typical monthly salary for the unauthorized aliens employed by the "client" restaurants was between $1,000 and $2,000 per month, depending upon the type of duty the unauthorized alien was assigned to do. The typical monthly salary was based on a schedule of twelve (12) hours per day, six (6) days per week.

(16)   "Client" restaurants of the Hong Li Enterprise further profited by not allowing unauthorized alien workers to receive "tips," gratuities, overtime compensation, competitive salaries, health insurance, vacation time, sick leave, compensatory time, or other benefits.  The "client" restaurants profited further by avoiding payment of employment taxes via cash payment of unauthorized workers' salaries.  Unauthorized alien workers did not receive health examinations, food safety training, or job training at any time while employed, resulting in further savings for "client" restaurants.

(17)   "Client" restaurants of the Hong Li Enterprise profited by harboring unauthorized alien workers in one (1) of several formats beneficial to the "client" restaurant(s).  Specifically:

      a.   unauthorized alien workers were harbored in the "client" restaurant operator's residence; or

      b.   unauthorized aliens were harbored in off-site residential locations with multiple other restaurant employees.

(18)     Often, the unauthorized alien workers were subject to unfavorable living

conditions due to crowding, lack of privacy, minimal or no furniture, and other adverse

conditions to include sleeping on floors, and / or air mattresses. The unauthorized aliens,

having usually been transported many miles from the Houston, Texas area, had no friends

or family in the vicinity of their place of employment. This aspect of the scheme,

coupled with the poor English language skills typical to the work force recruited by the

Hong Li Enterprise, made it difficult for the unauthorized alien employees to function

outside their place of employment, for fear of law enforcement and lack of an ability to

assimilate into the community. These factors caused the unauthorized aliens to be more

likely to remain at the Chinese restaurant even though the working and living conditions

were less than desirable.

(19)   The Hong Li Enterprise failed to comply with Section 274A of the INA,

because it is also unlawful for a person or other entity to hire, or to recruit, or refer for a

fee, for employment in the United States, an individual without complying with the

requirements of the employment verification system.

(20)     The Hong Li Enterprise recruited, and referred for a fee, employed,

transported, harbored, and encouraged and induced unauthorized aliens to work at

"client" restaurants. The Defendants and their associates knew that the "client"

restaurants, in turn:

a.       Employed the unauthorized alien in a manner contrary to

immigration law;

b.      Did not provide for worker's compensation coverage for the unauthorized alien employees;

c.      Did not provide overtime benefits for the unauthorized alien employees in accordance with employment regulations, and;

d.      Did not withhold payroll taxes for unauthorized alien employees.

### Roles of the Defendants

(21)    The members of the Enterprise would and did occupy the following roles, among others, in the Enterprise:

a.      Defendant **Lina Sun, a/k/a "Linda,"** is a co-owner / manager for the Hong Li Job Agency and the former, Texas Job Agency.  As part of this Enterprise, **Lina Sun, a/k/a "Linda,"** recruited, referred for employment for a fee, transported, harbored, and encouraged and induced unauthorized aliens to reside in the United States.

b.      Defendant **Chenglun Ma, a/k/a "Pablo,"** has been identified as a co-owner / manager of the Hong Li Job Agency and a driver / transporter for the Hong Li Enterprise.  As part of the Hong Li Enterprise, **Chenglun Ma, a/k/a "Pablo,"** was responsible for recruiting, transporting, harboring, and encouraging and inducing unauthorized aliens to reside in the United States.  **Chenglun Ma, a/k/a "Pablo,"** is the spouse of **Lina Sun, a/k/a "Linda,"** and acts as overall manager of the Hong Li Enterprise in **Lina Sun's, a/k/a "Linda's"** absence.

**Chenglun Ma, a/k/a "Pablo,"** accepts fees for the delivery of unauthorized aliens to restaurant locations.

c.     Defendant **Chang Jin Song** has been identified as a principal driver / transporter for the Hong Li Enterprise.  As part of the Hong Li Enterprise, **Chang Jin Song** harbored and transported unauthorized aliens and accepted fees for their delivery to restaurant locations.

d.     Defendant **Zhiqiang Li** has been identified as a principal driver / transporter for the Hong Li Enterprise.  As part of the Hong Li Enterprise, **Zhiqiang Li** harbored and transported unauthorized aliens and accepted fees for their delivery to restaurant locations.

## The RICO Conspiracy Charge

(22)     From in or about 2006, the exact date remaining unknown, until November 7, 2013, in the Eastern District of Texas and elsewhere, **Lina Sun, a/k/a "Linda," Chenglun Ma a/k/a "Pablo," Chang Jin Song,** and **Zhiqiang Li,** together with other persons known and unknown to the Grand Jury, being persons employed by and associated with the Hong Li Enterprise, an enterprise which engaged in, and the activities of which affected, interstate commerce, knowingly and intentionally conspired to violate 18 U.S.C. § 1962 (c), that is to conduct and participate, directly and indirectly, in the conduct of the affairs of the Hong Li Enterprise through a pattern of racketeering activity, as that term is defined in 18 U.S.C. § 1961 (1) and 1961(5), consisting of multiple acts indictable under Title 8 U.S.C. § 1324 (relating to bringing and harboring certain aliens for the purpose of financial gain).

11

(23)    It was a further part of the conspiracy that each defendant agreed that a

conspirator would commit at least two (2) acts of racketeering activity in the conduct of

the affairs of the Enterprise.

## OVERT ACTS

(24)    In furtherance of the conspiracy and to effect the object thereof, one or

more of the defendants committed and caused to be committed the following overt acts

in the Eastern District of Texas and elsewhere.

(25)    On or about January 5, 2006, **Lina Sun, a/k/a "Linda,"** drove an

unauthorized alien, Dennis Alexander Garcia, from a downtown Houston, Texas bus

station to her residence.

(26)    On or about January 5, 2006, **Lina Sun, a/k/a "Linda,"** and others known

and unknown, caused the transportation of three (3) unauthorized aliens, Dennis

Alexander Garcia, Juan Yanez, and Olvin Ramos-Ravdalos, from Houston, Texas to

Chambers County, Texas (Southern District of Texas),with the intent to place them for

employment in a Chinese restaurant for a fee.

(27)    On or about January 5, 2006, **Lina Sun, a/k/a "Linda,"** at her residence in

Houston, Texas, told law enforcement officers that she charges fees for placing workers

in restaurants.

(28)    On a date between on or about June 2009, through on or about November

2010, **Lina Sun, a/k/a "Linda,"** placed and caused the transportation of an unauthorized

alien, Jose Armando Miranda-Gonzalez, to a Chinese restaurant in Nederland, Texas

(Eastern District of Texas) and a Chinese restaurant in Port Arthur, Texas (Eastern District of Texas).

(29)   On or about March 24, 2011, **Lina Sun, a/k/a "Linda,"** and **Chenglun Ma, a/k/a "Pablo,"** and a confidential source (CS2), who was posing as an unauthorized alien, in a recorded conversation, discussed the transport and job placement of CS2, from Houston, Texas to a Chinese restaurant in San Marcos, Texas (Western District of Texas).

(30)   On or about March 24, 2011, **Chenglun Ma, a/k/a "Pablo,"** transported a confidential source (CS2), who was posing as an unauthorized alien, from Houston, Texas to a Chinese restaurant in San Marcos, Texas (Western District of Texas).

(31)   On or about March 24, 2011, **Chenglun Ma, a/k/a "Pablo,"** engaged in a cash transaction with a Chinese restaurant owner and / or operator in San Marcos, Texas (Western District to Texas) and received a fee during the delivery of a confidential source (CS2), who was posing as an unauthorized alien.

(32)   On or about August 22, 2011, **Lina Sun, a/k/a "Linda,"** was present with others known and unknown, for a recorded conversation, between a confidential source (CS3), who was posing as an unauthorized alien, and an unindicted Hong Li employee, when CS3 stated he / she did not have work authorization papers.

(33)   On or about August 22, 2011, **Lina Sun, a/k/a "Linda,"** and others known and unknown, caused the transport and job placement of a confidential source (CS3), who was posing as an unauthorized alien, to a Chinese restaurant in Sanger, Texas (Eastern District of Texas).

(34)   On or about August 22, 2011, **Chang Jin Song** drove a confidential source (CS3), posing as an unauthorized alien, from Houston, Texas to a gas station in Sanger, Texas where he / she was delivered to a Chinese restaurant owner and / or operator.

(35)   On or about August 22, 2011, **Chang Jin Song** engaged in a cash transaction with a Chinese restaurant owner and / or operator in Sanger, Texas (Eastern District to Texas) and received a fee during the delivery of a confidential source (CS3), who was posing as an unauthorized alien.

(36)   On or about June 14, 2012, **Chenglun Ma, a/k/a "Pablo,"** transported two (2) unauthorized aliens, Jose Alfredo Monrehl-Garcia and Juan Huarcas-Martin, from Houston, Texas to Beaumont, Texas (Eastern District of Texas) and was in possession of two (2) "job invoices" bearing the Hong Li name and the last names of the two (2) aforementioned unauthorized aliens.  The two (2) unauthorized aliens were arrested by law enforcement.

(37)   On or about August 4, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, in recorded conversations occurring in Houston, Texas, talked to a confidential source (CS4), who identified himself / herself as an unauthorized alien, about employment in a Chinese restaurant.

(38)   On or about August 7, 2012, **Chenglun Ma, a/k/a "Pablo,"** was present with others known and unknown in Houston, Texas, for a recorded conversation between a confidential source (CS5), posing as an unauthorized alien, and an unindicted Hong Li employee, when CS5 stated he / she did not have work authorization papers.

(39)    On or about November 7, 2012, **Lina Sun, a/k/a "Linda,"** as well as, a confidential source (CS5), who identified himself / herself as an unauthorized alien, and others known and unknown, in recorded conversations in Houston, Texas, discussed employment in a restaurant.

(40)    On or about December 13, 2012, **Lina Sun, a/k/a "Linda,"** and **Chang Jin Song**, in recorded conversations, discussed the transport of an individual **Lina Sun, a/k/a "Linda,"** identified as "a Mexican" to a Chinese restaurant in Stephenville, Texas (Northern District of Texas).

(41)    On or about December 15, 2012, **Lina Sun, a/k/a "Linda,"** in a recorded conversation, instructed **Chang Jin Song,** and **Chang Jin Song** agreed, to pick up an individual **Lina Sun, a/k/a "Linda,"** identified as "a Mexican," in Beaumont, Texas (Eastern District of Texas).

(42)    On or about December 16, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, in recorded conversations, arranged the transport and job placement of a "Mexican helper" at a Chinese restaurant in Bay City, Texas (Southern District of Texas) for a fee.

(43)    On or about December 17, 2012, **Chenglun Ma, a/k/a "Pablo,"** drove an unauthorized alien, Eugenio Fabian-Teodoro, for a fee, from Houston, Texas to the same Chinese restaurant in Bay City, Texas (Southern District of Texas) that **Lina Sun, a/k/a "Linda,"** negotiated with on or about December 16, 2012.

(44)    On or about December 26, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, in recorded conversations, arranged the hiring of an employee,

identified as an "amigo" (a term used in this context to refer to a Hispanic worker) for an Asian restaurant in Keller, Texas (Northern District of Texas).

(45)   On or about December 26, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, housed an unauthorized alien, Kelvin Hernandez-Santos, at her office location, and caused his transport and job placement, for a fee, to the same Asian restaurant in Keller, Texas (Northern District of Texas) that **Lina Sun, a/k/a "Linda,"** negotiated with, in a recorded conversation, on or about this same date, December 26, 2012.

(46)   On or about December 26, 2012, **Zhiqiang Li** drove an unauthorized alien, Kelvin Hernandez-Santos, to the same Asian restaurant in Keller, Texas (Northern District of Texas) that **Lina Sun, a/k/a "Linda,"** negotiated with, in a recorded conversation, on or about this same date, December 26, 2012.

(47)   On or about December 27, 2012, a restaurant owner and / or operator in Keller, Texas (Northern District of Texas) spoke to **Lina Sun, a/k/a "Linda,"** and in a recorded conversation, told **Lina Sun, a/k/a "Linda,"** that immigration officers had arrested the unauthorized alien employee they received on December 26, 2012, Kelvin Hernandez-Santos.

(48)   On or about January 3, 2013, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo,"** and others known and unknown, in recorded conversations, discussed the transport and job placement of an unauthorized alien, Leonel Galdamez, at a Chinese restaurant in Lafayette, Louisiana (Western District of Louisiana).

(49)    On or about January 3, 2013, **Chenglun Ma, a/k/a "Pablo,"** transported an unauthorized alien, Leonel Galdamez, for a fee, to a Chinese restaurant in Lafayette, Louisiana (Western District of Louisiana), via the Eastern District of Texas.

(50)    On or about January 4, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, housed and arranged the transport and intended job placement of five (5) unauthorized aliens, Edward Rios-Perez, Joni Reyes-Machado, Miguel Hernandez-Ramos, Javier Gallardo-Lopez, and Manuel Xum-Tzep, from Houston, Texas to Polk County, Texas (Eastern District of Texas),with intent to place them for employment in Chinese restaurants for a fee.

(51)    On or about January 4, 2013, **Zhiqiang Li** transported five (5) unauthorized aliens, Edward Rios-Perez, Joni Reyes-Machado, Miguel Hernandez-Ramos, Javier Gallardo-Lopez, and Manuel Xum-Tzep, from Houston, Texas to Polk County, Texas (Eastern District of Texas).  **Zhiqiang Li** possessed four (4) "job invoices" bearing the Hong Li name and the last names of four (4) of the aforementioned unauthorized aliens. All five (5) of the aforementioned unauthorized aliens were arrested by law enforcement.

(52)    On or about January 4, 2013, **Lina Sun, a/k/a "Linda,"** and **Zhiqiang Li,** in a recorded conversation, discussed the destruction of evidence related to the transportation and intended job placement of five (5) unauthorized aliens, Edward Rios-Perez, Joni Reyes-Machado, Miguel Hernandez-Ramos, Javier Gallardo-Lopez, and Manuel Xum-Tzep, in Polk County, Texas (Eastern District of Texas).

(53)    On or about January 4, 2013, a restaurant owner and / or operator in Lafayette, Louisiana (Western District of Louisiana), spoke to **Lina Sun, a/k/a "Linda,"**

and in a recorded conversation, told **Lina Sun, a/k/a "Linda,"** that officers had just

arrested the unauthorized alien employee they received the day before, Leonel Galdamez,

and discussed **Lina Sun, a/k/a "Linda,"** returning the fee for that employee.

(54)   On or about January 4, 2013, **Lina Sun, a/k/a "Linda,"** and an

unidentified, unindicted co-conspirator, in a recorded conversation, spoke about the

recent arrests of "illegal immigrants" with "no status" who had been referred by the job

placement agency operated by **Lina Sun, a/k/a "Linda."**

(55)   On or about January 4, 2013, **Lina Sun, a/k/a "Linda,"** and others known

and unknown, in a recorded conversation, discussed the destruction of evidence, related

to the transport and job placement of an unauthorized alien, Kelvin Hernandez-Santos, at

a Chinese restaurant in Keller, Texas (Northern District of Texas) related to his delivery

on or about December 26, 2012, and his arrest on or about December 27, 2012.

(56)   On a date between on or about February 21, 2013, through on or about

March 16, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, caused the

transportation and job placement, for a fee, of an unauthorized alien, Santiago Cotiy-Mas,

at a Chinese restaurant in Port Arthur, Texas (Eastern District of Texas).  Santiago Cotiy-

Mas was arrested at the Chinese restaurant by law enforcement on March 16, 2013 and

stated he was placed in this restaurant by **Lina Sun, a/k/a "Linda."**

(57)   On a date between on or about March 10, 2013, through on or about March

16, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, caused the

transportation and job placement, for a fee, of an unauthorized alien, Manuel Sep-

Xochilis, at a Chinese restaurant in Port Arthur, Texas (Eastern District of Texas).

Manuel Sep-Xochilis was arrested at the Chinese restaurant by law enforcement on March 16, 2013, and stated he was placed in this restaurant by **Lina Sun, a/k/a "Linda."**

(58)    On a date between on or about April 28, 2013, through on or about May 9, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, caused the transportation and job placement, for a fee, of an unauthorized alien, Ady Televario-Lopez at a Chinese restaurant in Rockwall, Texas (Northern District of Texas).  Ady Televario-Lopez was arrested at the harbor location for Chinese restaurant employees by law enforcement on May 9, 2013, and stated he was placed in this restaurant by **Lina Sun, a/k/a "Linda."**

(59)    From on or about April 29, 2013, through on or about May 9, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, caused the transportation and job placement, for a fee, of Wilson Escobar-Guzman at a Chinese restaurant in Rockwall, Texas (Northern District of Texas).  Wilson Escobar-Guzman was arrested at the harbor location for Chinese restaurant employees by law enforcement on May 9, 2013, and stated he was placed in this restaurant by **Lina Sun, a/k/a "Linda."**

All in violation of 18 U.S.C. § 1962(d),

## Count Two

> Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I)
> (Conspiracy to transport, harbor, and
> encourage and induce aliens to reside in
> the U.S.)

(60)    Beginning as early as on or about April 21, 2004, and continuing until on or about November 7, 2013, in the Eastern District of Texas and elsewhere, the defendants,

19

Lina Sun, a/k/a "Linda,"
Chenglun Ma, a/k/a "Pablo,"
Chang Jin Song,
Zhiqiang Li,
Chenzhong Yu,
Wei Ji Zheng,
Wen Juan Zhang,
Chanjuan Xie,
Xue Fang He,
Jin Zhu Wang,
Li Qui Jiang,
Hua Zhu Dong,
Zhen Yin Weng a/k/a "Danny,"
Dan Hui Lu,
Zeng Yu Huang,
and,
Jian Tuan Dong,

did combine, conspire, confederate, agree, and have a tacit understanding with each other

and others known and unknown to the Grand Jury to commit the following offenses for

commercial advantage and private financial gain:

      a.      To transport and move aliens within the United States by means of

transportation or otherwise, in furtherance of such violation of law, knowing and

in reckless disregard of the fact that aliens have come to, entered and remained in

the United States in violation of law, in violation of Title 8, United States Code,

Section 1324 (a)(1)(A)(ii);

      b.      To conceal, harbor, and shield from detection and attempt to

conceal, harbor, and shield from detection aliens in any place, including any

building or means of transportation, knowing and in reckless disregard of the fact

that the aliens have come to, entered and remained in the United States in violation

of law, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii); and

c.     To encourage and induce aliens to reside in the United States,

knowing and in reckless disregard of the fact that such residence in the United

States is and will be in violation of law, in violation of Title 8, United States Code,

Section 1324 (a)(1)(A)(iv).

### Background

(61)    It is relevant to this indictment that, **Lina Sun, a/k/a "Linda"** owned and

operated the Hong Li Job Agency (Hong Li), located at 9107 Bellaire Blvd., #218,

Houston, Texas 77036. **Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li,**

**Chenzhong Yu,** worked for **Lina Sun, a/k/a "Linda"** and Hong Li.

### Objects and Purposes of the Conspiracy

(62)    The objects and purposes of this conspiracy were that **Lina Sun, a/k/a**

**"Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li, Chenzhong**

**Yu, Wei Ji Zheng, Wen Juan Zhang, Chanjuan Xie, Xue Fang He, Jin Zhu Wang,**

**Li Qui Jiang, Hua Zhu Dong, Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu**

**Huang, and Jian Tuan Dong,** defendants herein, would and did:

a.     Accept, solicit, and recruit unauthorized alien laborers, and

individuals believed by the defendants, to be unauthorized alien laborers, for

employment in the United States.

b.     Arrange for and cause the unlawful employments of unauthorized

alien laborers primarily in Chinese restaurants in the United States for a fee.

c.      Transport, and cause the transportation of unauthorized alien laborers within the United States for whom the defendants arranged employment in the United States.

d.      House, and cause to be housed, unauthorized alien laborers in domiciles within the United States.

e.      Receive commercial advantage or private financial gain by employing, transporting, and harboring unauthorized alien laborers, and by arranging for the employment, transportation, and housing of unauthorized alien laborers in the United States.

**Manner and Means**

It was part of the conspiracy that:

(63)   Owners or operators of restaurants, usually Chinese restaurants, within the United States, would and did routinely hire unauthorized alien laborers in order to staff their operations and businesses, thereby cutting costs and maximizing profits.  In general, these owners and operators of restaurants worked the unauthorized alien laborers long hours, paid the unauthorized aliens in cash, did not withhold state or federal taxes, and they did not require the unauthorized aliens to present documents establishing identity and employment eligibility as required by law.  As an incentive, and in order to remain competitive, these restaurant owners / operators often provided housing, board, and transportation to their unauthorized alien laborers.  These restaurant owners/operators would and did contact Hong Li order to obtain unauthorized alien labor for their restaurant operations.

22

(64)   Defendants, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo,"**
**Chang Jin Song, Zhiqiang Li,** and **Chenzhong Yu,** while operating and acting on
behalf of Hong Li, accepted, solicited, and recruited unauthorized alien laborers in order
to "broker" those unauthorized aliens to restaurant owners / operators in need of
employees.  Defendants **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo,"**
**Chang Jin Song, Zhiqiang Li,** and **Chenzhong Yu,** obtained unauthorized alien
laborers through various means, including solicitation through advertisements in regional
ethnic newspapers, direct referral from other unauthorized aliens, and recruitment by
**Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang**
**Li, Chenzhong Yu,** and others on behalf of Hong Li.  **Lina Sun, a/k/a "Linda,"**
**Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li, Chenzhong Yu,** also
accepted unauthorized alien laborers on a "walk-in" basis.  These unauthorized alien
laborers, who were not authorized to obtain employment in the United States, remained
and resided in the United States in violation of law.

(65)   Defendant, **Lina Sun, a/k/a "Linda"** and **Chenglun Ma, a/k/a "Pablo"**
housed some of the unauthorized alien laborers who were seeking employment through
Hong Li, in their office and apartments rented by **Lina Sun, a/k/a "Linda"** and
**Chenglun Ma, a/k/a "Pablo"** until those unauthorized aliens could be placed for
employment.

(66)   **Lina Sun, a/k/a "Linda"** and **Chenglun Ma, a/k/a "Pablo"** charged the
unauthorized alien laborers a commission fee for the job placement.  The commission fee
was paid by the unauthorized alien laborers or by the prospective employer and later

deducted from the unauthorized aliens' wages.  In addition to the commission fee, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li, Chenzhong Yu,** and others known and unknown, would charge the unauthorized alien laborers a transportation fee for transportation to the prospective place of employment.

(67)   **Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li, Chenzhong Yu,** and others known and unknown, transported or arranged for the transportation of the unauthorized aliens at **Lina Sun's, a/k/a "Linda's"** direction by way of privately owned vehicles to restaurant job sites: (i) located within the Eastern District of Texas; (ii) to job locations elsewhere, via transportation of the unauthorized aliens through the Eastern District of Texas or, (iii) to job locations elsewhere in the United States both inside and outside the State of Texas.

(68)   **Wei Ji Zheng, Wen Juan Zhang, Chanjuan Xie, Xue Fang He, Jin Zhu Wang, Li Qui Jiang, Hua Zhu Dong, Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang, and Jian Tuan Dong,** and others known and unknown, operated or were affiliated with Chinese restaurants in the Eastern District of Texas and elsewhere.

(69)   **Wei Ji Zheng, Wen Juan Zhang, Chanjuan Xie, Xue Fang He, Jin Zhu Wang, Li Qui Jiang, Hua Zhu Dong, Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang, and, Jian Tuan Dong** conspired, confederated and combined with **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song, Zhiqiang Li,** and **Chenzhong Yu,** and others known and unknown, employed by Hong Li to arrange for the transportation and delivery of unauthorized aliens to Chinese restaurants they operated or were affiliated with.

All in violation of 8 U.S.C. § 1324 (a)(1)(A)(v)(I).

## OVERT ACTS

(70)    In furtherance of the conspiracy and to effect the objects thereof, one or more of the defendants committed and caused to be committed the following overt acts in the Eastern District of Texas and elsewhere.

(71)    On or about January 5, 2006, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, and transportation of three (3) unauthorized aliens to Chambers County, Texas (Southern District of Texas).

(72)    From on or about June 2009, through on or about November 2010, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at the Grand Buffet restaurant located at, 2250 Highway 365, Nederland, Texas (Eastern District of Texas), and King Buffet Chinese restaurant, 7675 Memorial Blvd., Port Arthur, Texas (Eastern District of Texas), for the benefit of **Jin Zhu Wang** and **Li Qui Jiang**.

(73)    From on or about March 4, 2010, through on or about March 15, 2010, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant located in Manhattan, Kansas (District of Kansas).

(74)    From on or about November 4, 2010, through on or about November 8, 2010, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and

induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Brewer, Maine (District of Maine).

(75)   From on or about November 4, 2010, through on or about November 30, 2011, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Brewer, Maine (District of Maine).

(76)   From on or about March 24, 2011, through on or about April 26, 2011, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of a confidential source posing as an unauthorized alien at Asian Garden, Chinese restaurant, 350 N. Guadalupe, #110, San Marcos, Texas (Western District of Texas), for the benefit of **Wei Ji Zheng** and **Wen Juan Zhang.**

(77)   On or about August 22, 2011, **Lina Sun, a/k/a "Linda," Chang Jin Song** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at Buffet City Asian Cuisine, Chinese restaurant, 2455 Ridge Rd., Suite 115, Rockwall, Texas (Northern District of Texas), for the benefit of **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang,** and **Jian Tuan Dong.**

(78)   From on or about August 22, 2011, through on or about September 24, 2011, **Lina Sun, a/k/a "Linda," Chang Jin Song,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of a confidential source posing as an unauthorized alien at Dragon Buffet and Sushi, Chinese

restaurant, 1108 N. Stemmons St. in Sanger, Texas (Eastern District of Texas), for the benefit of **Chanjuan Xie** and **Xue Fang He**.

(79)   From on or about September 2011, through on or about March 20, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Harahan, Louisiana (Eastern District of Louisiana).

(80)   From on or about March 10, 2012, through on or about March 20, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Harahan, Louisiana (Eastern District of Louisiana).

(81)   On or about June 14, 2012, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo,"** and others known and unknown, encouraged and induced, and caused the harboring, and transportation of two (2) unauthorized aliens to Beaumont, Texas (Eastern District of Texas).

(82)   From on or about May 2012, through on or about August 30, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Sherman, Texas (Eastern District of Texas).

(83)   From on or about July 2012, through on or about August 30, 2012, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Sherman, Texas (Eastern District of Texas).

(84)    On or about December 12, 2012, **Lina Sun, a/k/a "Linda," Chenglun Ma,** **a/k/a "Pablo," Zhiqiang Li**, and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Edmond, Oklahoma (Western District of Oklahoma).

(85)    On or about December 12, 2012, **Lina Sun, a/k/a "Linda," Chenglun Ma,** **a/k/a "Pablo," Zhiqiang Li**, and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Junction City, Kansas (District of Kansas).

(86)    On or about December 13, 2012, **Lina Sun, a/k/a "Linda," Chenglun Ma,** **a/k/a "Pablo," Chang Jin Song**, and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Stephenville, Texas (Northern District of Texas).

(87)    From on or about December 17, 2012, through on or about January 2, 2013, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Bay City, Texas (Southern District of Texas).

(88)    On or about December 17, 2012, **Lina Sun, a/k/a "Linda," Chang Jin Song,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Gilmer, Texas (Eastern District of Texas), where **Chang Jin Song** picked up another unauthorized alien.

(89)    On or about December 17, 2012, **Lina Sun, a/k/a "Linda," Chang Jin Song,** and others known and unknown, encouraged and induced, and caused the harboring, and transportation of an unauthorized alien to a residence at 127 Brockway Dr., Rockwall, Texas (Northern District of Texas), for the benefit of **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang,** and **Jian Tuan Dong.**

(90)    On or about December 18, 2012, **Lina Sun, a/k/a "Linda," Chang Jin Song,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at Weng's Buffet City Asian Cuisine, Chinese restaurant, 2455 Ridge Rd., Suite 115, Rockwall, Texas (Northern District of Texas), for the benefit of **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang,** and **Jian Tuan Dong.**

(91)    On or about December 19, 2012, **Lina Sun, a/k/a "Linda," Chenzhong Yu,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Mineola, Texas (Eastern District of Texas).

(92)    On or about December 19, 2012, **Lina Sun, a/k/a "Linda," Chenzhong Yu,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Bartlesville, Oklahoma (Northern District of Oklahoma).

(93)    On or about December 22, 2012, **Lina Sun, a/k/a "Linda,"** and **Chenglun Ma, a/k/a "Pablo,"** and others known and unknown, encouraged and induced, and

caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Houston, Texas (Southern District of Texas).

(94)    From on or about December 26, 2012, through on or about December 27, 2012, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Zhiqiang Li** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at an Asian restaurant in Keller, Texas (Northern District of Texas).

(95)    From on or about January 3, 2013, through on or about January 4, 2013, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Zhiqiang Li,** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at a Chinese restaurant in Lafayette, Louisiana (Western District of Louisiana), via the Eastern District of Texas.

(96)    On or about January 4, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring and transport of five (5) unauthorized aliens in Polk County, Texas (Eastern District of Texas).

(97)    On or about January 7, 2013, **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Zhiqiang Li,** and others known and unknown, encouraged and induced, and caused the harboring, and transportation of an unauthorized alien in Houston, Texas (Southern District of Texas).

(98)    From on or about February 21, 2013, through on or about March 16, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at King

Buffet Chinese restaurant, 7675 Memorial Blvd., Ste. 500, Port Arthur, Texas (Eastern District of Texas), for the benefit of **Jin Zhu Wang**, **Li Qiu Jiang**, and **Hua Zhu Dong**.

(99)   From on or about March 10, 2013, through on or about March 16, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at King Buffet Chinese restaurant, 7675 Memorial Blvd., Ste. 500, Port Arthur, Texas (Eastern District of Texas), for the benefit of **Jin Zhu Wang**, **Li Qiu Jiang**, and **Hua Zhu Dong**.

(100)   From on or about March 10, 2013, through on or about March 16, 2013, **Jin Zhu Wang**, **Li Qui Jiang**, **Hua Zhu Dong**, and others known and unknown, encouraged and induced, and caused the harboring, and employment of an unauthorized alien at King Buffet, 7675 Memorial Blvd., Ste. 500, Port Arthur, Texas (Eastern District of Texas).

(101)   From on or about March 2013, through on or about May 9, 2013, **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu**, **Zeng Yu Huang**, and **Jian Tuan Dong**, and others known and unknown, encouraged and induced, and caused the harboring, and employment of an unauthorized alien at Weng's Buffet City Asian Cuisine, Chinese restaurant, 2455 Ridge Rd., Suite 115, Rockwall, Texas (Northern District of Texas).

(102)   From on or about April 28, 2013, through on or about May 9, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at Weng's Buffet City Asian Cuisine, Chinese restaurant, 2455 Ridge Rd., Suite 115, Rockwall, Texas (Northern District of Texas) for the benefit of **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu**, **Zeng Yu Huang**, and **Jian Tuan Dong**.

(103)  From on or about April 29, 2013, through on or about May 9, 2013, **Lina Sun, a/k/a "Linda,"** and others known and unknown, encouraged and induced, and caused the harboring, transport to, and job placement of an unauthorized alien at Weng's Buffet City Asian Cuisine, Chinese restaurant, 2455 Ridge Rd., Suite 115, Rockwall, Texas for the benefit of **Zhen Yin Weng a/k/a "Danny," Dan Hui Lu**, **Zeng Yu Huang**, and **Jian Tuan Dong**.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 18 U.S.C. §§ 1963(a)(1),(2),(3)

### RICO FORFEITURE

(1)    The allegations contained in Count One of this indictment are hereby repeated, re-alleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 1963 and 28 U.S.C. § 2461(c).  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 1963 in the event of any defendant's conviction under Count One of this Indictment.

(2)    The defendants,  **Lina Sun, a/k/a "Linda," Chenglun Ma, a/k/a "Pablo," Chang Jin Song**, and **Zhiqiang Li**:

        a.    have acquired and maintained interests in violation of 18 U.S.C. § 1962, which interests are subject to forfeiture to the United States pursuant to 18 U.S.C. § 1963(a)(1);

32

b.  have an interest in, security of, claims against, and property and

contractual rights which afford a source of influence over, the enterprise named

and described herein which the defendants established, operated, controlled,

conducted, and participated in the conduct of, in violation of 18 U.S.C. § 1962,

which interests, securities, claims, and rights are subject to forfeiture to the United

States pursuant to Title 18 U.S.C. § 1963 (a)(2);

c.  have property constituting and derived from proceeds obtained,

directly and indirectly, from racketeering activity, in violation of 18 U.S.C.

§ 1962, which property is subject to forfeiture to the United States pursuant to 18

U.S.C. § 1963(a)(3);

(3)  The interests of the defendants subject to forfeiture to the United States

pursuant to 18 U.S.C. §§ 1963(a)(1), (a)(2), and (a)(3), include but are not limited to:

a.  at least One Million dollars ($1,000,000.00);

b.  Residence of defendant, **Lina Sun a/k/a "Linda"** described as:

Real property with improvements and appurtenances located at 8715

Bellaire Blvd., Houston, Harris County, TX 77036, titled in the name of Lina Sun,

legally described as:

The East 40.5 feet of lot thirteen (13) and the adjoining West 33 feet of lot

fourteen (14), in block one (1), of Sharpstown Country Club of Terrace Section

Three, an addition in Harris County, Texas according to the map or plat thereof

recorded in volume 70, page 1 of the map records of Harris County, Texas.

(4)     If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of a defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value;  or

      e.     has been commingled with other property which cannot be divided without difficulty;

the court shall order the forfeiture of any other property of the defendants up to the value of any property set forth in paragraphs 2 and 3 above, pursuant to 18  U.S.C. § 1963(m).

(5)     The above-named defendants, and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.  All pursuant to 18 U.S.C. § 1963.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 8 U.S.C. § 1324

Upon conviction of conviction of conspiracy to transport aliens as alleged in Count Two of this indictment, pursuant to 8 U.S.C. § 1324 (3)(B)(4)(b)(1) defendants, **Lina Sun a/k/a "Linda," Chenglun Ma a/k/a "Pablo," Chang Jin Song, Zhiqiang Li, Chenzhong Yu, Wei Ji Zheng, Wen Juan Zhang, Chanjuan Xie, Xue Fang He, Jin Zhu Wang, Li Qui Jiang, Hua Zhu Dong, Zhen Yin Weng a/k/a "Danny," Dan Hui Lu, Zeng Yu Huang, and Jian Tuan Dong,** shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation including but not limited to the following:

## Money Judgment

Two-million-two-hundred-thousand dollars ($2,200,000.00)

## Real Property

(1)     Real property with improvements and appurtenances located at 8715 Bellaire Blvd., Houston, Harris County, TX 77036, titled in the name of Lina Sun, legally described as:

The East 40.5 feet of lot thirteen (13) and the adjoining West 33 feet of lot fourteen (14), in block one (1), of Sharpstown Country Club of Terrace Section Three, an addition in Harris County, Texas according to the map or plat thereof recorded in volume 70, page 1 of the map records of Harris County, Texas.

(2)     Real property with improvements and appurtenances located at 2250 Hwy 365, Nederland, Jefferson County, TX 77627, titled in the name of Hai Xia, Inc., legally described as:

Being a .914 acre tract or parcel of land, a portion of that certain tract of land (called 1.639 acres) as conveyed by deed dated June 12, 1978 from Jersey Dairy Associates to C. Roy Theriot, recorded in Volume 2088, Page 09 of the Deed Records, County Clerk's Office, Jefferson County, Texas, also being a portion of that certain tract of land (called 2.349 acres) as conveyed by deed dated January 5, 1978 from said Jersey Dairy Associates to C. Roy Theriot recorded in Volume 2046, Page 366 of said Deed Records, all being out of Lot 2, Block 14, Range "H" of the Port Arthur Land Company Subdivision as recorded in Volume 1, Page 22 of the Map or Plat of said County and

being more particularly described by metes and bounds as follows, Beginning at a 1/2"

steel rod found located on the Northwesterly right of way line of F.M Highway No. 365

(this portion being conveyed by Deed recorded in Volume 1218, Page 270 of said Deed

Records) and the West line of said Lot 2, Block 14, Range "H" and East line of Lot 3,

Block 14, Range "H" of said Port Arthur Land Company Subdivision, this point also

marks the Southeast corner of that certain tract of land (called 3.605 acres) as conveyed

by deed dated September 24, 2004 from the Atrium at Nederland, LLC to Triangle

Partners, recorded in Clerk's File No. 2004037901 of the Official Public Records of Real

Property of said County, same point also marks the Southwest corner of said 1.639 acre

tract and the Southwest corner of the herein described tract of land, said beginning point

having a Texas State Plane Coordinate Value of North 13,929,769 33 and East

3,556,432.74; Thence North 53 deg. 26 min. 16 sec West (North 48 deg. 47 min. 00 sec.

West-deed) along the common line of said Lots 2 and 3 and the common line of said

1.639 and 3.605 acre tracts with the West line of this tract a distance of 170.50 feet to a

1/2" steel rod with cap marked Arceneaux & Gates set marking the Northwest corner of

the herein described tract of land, this point having a Texas State Plane Coordinate Value

of North 13,929,870.90 and East 3,556,295.82, Thence North 35 deg. 52 min. 13 sec.

East along the North line of this tract, passing at a distance of 195.8 feet the common line

of said 1.639 and 2.349 acre tracts and continuing for a total distance of 233.50 feet to a

1/2" steel rod with cap marked Arceneaux & Gates set marking the Northeast corner of

the herein described tract of land, this point having a Texas State Plane Coordinate Value

of North 13,930,060.11 and East 3,556,432.64, Thence South 53 deg. 24 min. 53 sec.

East along the East line of this tract a distance of 170.50 feet to a 1/2" steel rod found located on the said Northwesterly Right of Way line of F.M Highway No 365 and South line of said 2.349 acre tract marking the Southeast corner of the herein described tract of land, this point having a Texas State Plane Coordinate Value of North 13,929,958.49 and East 3.556.569 54; Thence South 35 deg. 52 min. 13 sec. West (South 40 deg 27 min. 00 sec. West-deed) along the said Northwesterly Right of Way line of F.M. Highway No. 365 and South line of said 2.349 acre tract with the South line of this tract, passing at a distance of 35.1 feet the common line of said 1.639 and 2.349 acre tracts and continuing along the South line of said 1.639 acre tract and this tract with said Northwesterly right of way line for a total distance of 233.43 feet to the Southwest corner and place of beginning and containing in area 39,803 square feet or 0.914 acres of land, more or less. Tax ID: 049401-000-015050-00000-1.  Ordered as 2250 Hwy 364 but assessed in county records as 2250 Hwy 365.

 (3) Real property with improvements and appurtenances located at 8624 Lamplighter Lane, Port Arthur, Jefferson County, TX 77642, titled in the name of Li Qiu Jiang and Li Chun Jiang, legally described as:

 Property (including any improvements):  Lot No. Three (3), in Block No. Two (2), of Stonegate Manor Section 1, an Addition to the City of Port Arthur, Jefferson County, Texas, according to the map or plat of record in Volume 11, Page 54 Map Records in the office of the County Clerk of said County and State.

(4)     Real property with improvements and appurtenances located at 127 Brockway Dr., Rockwall, Rockwall County, TX 75032, titled in the name of Qinan Weng, legally described as:

Being Lot 14, Block F of Windmill Ridge Estates No. 2A, an addition to the City of Rockwall, Rockwall County, Texas, according to the Plat thereof recorded in Cabinet B, Slide 156, Plat Records, Rockwall County, Texas.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value;  or

e.     has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this indictment by the defendant(s) any and all interest the defendant(s) has/have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

C A
_____

GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY

_____
John A. Craft
Assistant United States Attorney

11/7/13
_____

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 1:13-CR- |
| | § | |
| LINA SUN (1) | § | |
| a/k/a "Linda" | § | |
| CHENGLUN MA (2) | § | |
| a/k/a "Pablo" | § | |
| CHANG JIN SONG (3) | § | |
| ZHIQIANG LI (4) | § | |
| CHENZONG YU (5) | § | |
| JIN ZHU WANG (6) | § | |
| LI QIU JIANG (7) | § | |
| HUA ZHU DONG (8) | § | |
| WEI JI ZHENG (9) | § | |
| WEN JUAN ZHANG (10) | § | |
| CHANJUAN XIE (11) | § | |
| XUE FANG HE (12) | § | |
| ZHEN YIN WENG (13) | § | |
| a/k/a "Danny" | § | |
| DAN HUI LU (14) | § | |
| ZENG YU HUANG (15) | § | |
| JIAN TUAN DONG (16) | § | |

## **NOTICE OF PENALTY**

### **Count One**

<u>Violation</u>:  18 U.S.C. § 1962 (c)

<u>Penalty</u>:    Not more than 20 years imprisonment, a fine of not more than twice the gross profits or other proceeds, and supervised release for a period of not more than five years.

40

## Count Two

<u>Violation</u>:  8 U.S.C. § 1324(a)(1)(A)(v)(I)

<u>Penalty</u>:    Not more than 10 years imprisonment, a fine of not more than $250,000.00 and supervised release for a period of not more than three years.

<u>Special Assessment</u>:  $100.00