IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 1:13-CR-118 |
| | § | |
| LINA SUN (1) | § | |
| a/k/a "Linda" | § | |
| CHENGLUN MA (2) | § | |
| a/k/a "Pablo" | § | |
| CHANG JIN SONG (3) | § | |
| ZHIQIANG LI (4) | § | |
| CHENZONG YU (5) | § | |
| JIN ZHU WANG (6) | § | |
| LI QIU JIANG (7) | § | |
| HUA ZHU DONG (8) | § | |
| WEI JI ZHENG (9) | § | |
| WEN JUAN ZHANG (10) | § | |
| CHANJUAN XIE (11) | § | |
| XUE FANG HE (12) | § | |
| ZHEN YIN WENG (13) | § | |
| a/k/a "Danny" | § | |
| DAN HUI LU (14) | § | |
| ZENG YU HUANG (15) | § | |
| JIAN TUAN DONG (16) | § | |

## **AMENDED NOTICE OF PENALTY**

### Count One

Violation:  18 U.S.C. § 1962 (c)

Penalty:    Not more than 20 years imprisonment, a fine of not more than twice the gross profits or other proceeds, and supervised release for a period of not more than three years.

2

## **Count Two**

Violation:  8 U.S.C. § 1324(a)(1)(A)(v)(I)

Penalty:   Not more than 10 years imprisonment, a fine of not more than $250,000.00 and supervised release for a period of not more than three years.

Special Assessment:  $100.00